No. 11–10696. CAIN v. PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 11–10697. COMPANONIO v. DICHAUT, SUPERINTENDENT, NORTH CENTRAL CORRECTIONAL INSTITUTION AT GARDNER. C. A. 1st Cir. Certiorari denied.

No. 11–10698. WALIYUD-DIN v. KELLY, ATTORNEY GENERAL OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 11–10699. ACCARDI v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 11–10700. ALONZO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–10701. BAILEY v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 11–10702. BYNUM v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–10703. BLUDWORTH v. EVANS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10704. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10705. BLACK v. TEXAS. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 11–10707. CLAVELLE v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–10708. MARTINEZ v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 11–10709. LOPEZ v. SANDERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10710. ZHENGHAO LIU v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 11–10711. POWELL v. WESTGATE RESORTS, INC. C. A. 11th Cir. Certiorari denied.